IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. BURGIE
ADC #120956                                                                                          PETITIONER

v.                                  No. 5:12-cv-248-DPM–BD

RAY HOBBS, Director, Arkansas
Department of Correction                                                                          RESPONDENT

### ORDER

The Court has considered Magistrate Judge Beth Deere's recommendation that Burgie's habeas petition be denied and dismissed with prejudice, *Document No. 6*. Burgie has not objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 addition), and for legal error, the Court adopts the proposal in its entirety. HABEAS CORPUS R. 8(b). Burgie's petition for writ of habeas corpus, *Document No. 2*, is denied and dismissed with prejudice. The Court declines a certificate of appealability because Burgie has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>28 September 2012</u>