IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC C. BURGIE
ADC #120956                                                              PETITIONER

v.                         No. 5:12-cv-248-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                 RESPONDENT

## JUDGMENT

Burgie's petition for a writ of habeas corpus is denied with prejudice and dismissed.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

28 September 2012